

1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

December 12, 2023

Molly Dwyer
Clerk of the Court
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**RE:** *Guam Society of Obstetricians and Gynecologists, et al. v. Douglas Moylan v Lourdes Leon Guerrero*, **No. 23-15602**

Dear Ms. Dwyer:

Defendant-Appellant, Guam Attorney General Moylan, files this notice to state for the record his understanding of the upcoming deadlines in light of his pending unopposed motion to hold the present appeal in abeyance. *See* ECF No. 47.

On December 1, 2023, the Attorney General timely filed an unopposed motion to hold his appeal in abeyance and to suspend the briefing scheduling pending resolution of his forthcoming petition for a writ of certiorari in a related case. *See* ECF No. 47. In the motion, the Attorney General explained how his forthcoming petition and this appeal are "inextricably intertwined" and how holding the present appeal in abeyance will promote judicial efficiency and conserve the parties' and this Court's resources. *Id.* at 3. Opposing counsel did not oppose this motion. But in the event this Court denies the motion, the Attorney General alternatively sought an extension of time in which to file his reply brief, which is presently due December 15, 2023. *Id.* at 47; *see also* Circuit Rule 31-2.2 (requiring motions for extension of time to be filed "at least 7 days before the expiration of the time prescribed for filing the brief").

As of this filing, this Court has yet to rule on the Attorney General's motion, which leaves the Attorney General facing an uncertain reply deadline of December 15, 2023. Pursuant to Circuit Rule 27-11, a motion to hold an appeal in abeyance does not stay the briefing schedule automatically. But when a motion for an extension of time remains pending on this Court's docket "shortly before the due date, or on or after the due date," this Court "ordinarily will grant some additional time to file the brief even if the Court does not grant the motion in full." Circuit Rule 31-2.2, *Circuit Advisory Committee Note* (last revised 6/1/19). Based on this Court's treatment of motions for extension of time, the Attorney General will proceed under the assumption that if his unopposed



1600 Wilson Boulevard, Suite 700
Arlington, VA 22209
703.243.9423
www.consovoymccarthy.com

motion to hold the appeal in abeyance is denied, this Court will grant "some additional time" in which to file his reply brief. *Id.*

Rather than file additional, and potentially conflicting, motions for this Court to decide regarding this appeal's briefing schedule, the Attorney General seeks to notify the parties and this Court of his understanding that, based on this Circuit's Rules, he need not file a reply brief until this Court has ruled on his unopposed motion to hold the appeal in abeyance and/or extended the deadline by which he must file the reply brief.

          Sincerely,

          /s/ Kathleen L. Smithgall
          Kathleen L. Smithgall
          Counsel for Defendant-Appellant

Cc:    All Counsel (via CM/ECF)