|  | UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|---|
|  | FOR THE NINTH CIRCUIT | DEC 14 2023 |
|  |  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS; et al.,

    Plaintiffs-Appellees,

 v.

DOUGLAS B. MOYLAN, in his official capacity as Attorney General of Guam,

    Defendant-Appellant,

 v.

LOURDES LEON GUERRERO, in her official capacity as Governor of Guam; et al.,

    Defendants-Appellees.

No. 23-15602

D.C. No. 1:90-cv-00013
District of Guam,
Agana

ORDER

Appellant's motion (Docket Entry No. 47) to stay appellate proceedings is granted in part. The previously established briefing schedule is vacated.

Appellate proceedings are stayed until February 12, 2024. If no motion for further relief is filed before this date, the remaining briefing schedule will be reset in a future order.

                            FOR THE COURT:

                            MOLLY C. DWYER
                            CLERK OF COURT

OSA167