|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | NOV 7 2024 |
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS; et al.,

           Plaintiffs-Appellees,

 v.

DOUGLAS B. MOYLAN, in his official capacity as Attorney General of Guam,

           Defendant-Appellant,

 v.

LOURDES LEON GUERRERO, in her official capacity as Governor of Guam; et al.,

           Defendants-Appellees.

No. 23-15602

D.C. No. 1:90-cv-00013
District of Guam,
Agana

ORDER

On October 15, 2024, appellant filed a status report requesting a supplemental briefing schedule. On October 22, 2024, appellees filed a response opposing the request for a supplemental briefing schedule and arguing that this appeal is moot in light of *In Re Leon Guerrero*, 2023 Guam 11 (Guam Oct. 31, 2023).

OSA113

Within 21 days, appellant must explain why this court should not dismiss this appeal as moot. Appellees may file a response within 10 days.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT