FILED

APR 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



GUAM SOCIETY OF OBSTETRICIANS AND GYNECOLOGISTS; et al.,

    Plaintiffs-Appellees,

v.

DOUGLAS B. MOYLAN, in his official capacity as Attorney General of Guam,

    Defendant-Appellant,

v.

LOURDES LEON GUERRERO, in her official capacity as Governor of Guam; et al.,

    Defendants-Appellees.

No. 23-15602

D.C. No. 1:90-cv-00013
District of Guam,
Agana

ORDER

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

The court has received the responses to the November 7, 2024 order. We dismiss this appeal as moot in light of *In Re Leon Guerrero*, 2023 Guam 11 (Guam Oct. 31, 2023).

**DISMISSED.**